IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-60151
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JERRY LEE QUINN,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 1:95-CR-83-S-D
- - - - - - - - - -
October 17, 1996
Before GARWOOD, JOLLY, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Jerry Lee Quinn appeals the magistrate judge's denial of his motion for the return of certain property seized during a search of his residence. This court must examine the basis of its jurisdiction on its own motion if necessary. Mosley v. Cozby, 813 F.2d 659, 660 (5th Cir. 1987). Appellate courts are without jurisdiction to hear appeals directly from federal magistrates. United States v. Renfro, 620 F.2d 497, 500 (5th Cir.), cert.

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

<u>denied</u>, 449 U.S. 921 (1980). Therefore, Quinn's appeal of the magistrate judge's denial of his motion for return of property seized must be dismissed for lack of jurisdiction.

APPEAL DISMISSED.